IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRY HOLIDAY,

    Plaintiff,

v.

DAVID J. MAHONEY and
DANE COUNTY,

    Defendants.

OPINION & ORDER

Case No. 18-cv-267-wmc

---

*Pro se* plaintiff Terry Holiday is proceeding against defendants David J. Mahoney and Dane County on claims related to the conditions at the Dane County Jail. On June 28, 2019, defendants filed a motion for summary judgment for failure to exhaust administrative remedies. (Dkt. #16.) The court set July 19, 2019, as plaintiff's deadline to respond to defendants' motion. That deadline has passed, and Holiday has not responded or contacted the court seeking an extension of that deadline. His failure to respond to defendants' motion, or to take any other action indicating that he is preparing an opposition, suggests that he may have abandoned this lawsuit. Accordingly, the court will give Holiday one more chance to respond to defendants' motion: he now has until **September 9, 2019,** to file an opposition to defendants' motion for summary judgment. His failure to meet this deadline will cause the court to grant defendants' motion as unopposed and dismiss this lawsuit without prejudice for failure to exhaust administrative remedies.

ORDER

IT IS ORDERED that plaintiff Terry Holiday may have until **September 9, 2019,** to file a response to defendants' motion for summary judgment. **If Holiday does not respond by that date, the court will dismiss his claims without prejudice.**

Dated this 19th day of August, 2019.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge