IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY HOLIDAY,

    Plaintiff,

    v.                                         Case No. 18-cv-267-wmc

DAVID J. MAHONEY AND
DANE COUNTY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

    /s/                                           9/26/2019
Peter Oppeneer, Clerk of Court              Date